Donald Tarnawa
Reg. No. 32152-013
Hazelton F.C.I.
P.O. box 5000
Bruceton Mills, WV., 26525



In The
United States District Court
For The Eastern District of Texas

| | § | |
|---|---|---|
| United States of America, | § | Case No. 4:03-CR-144 |
| Plaintiff-Respondent, | § | |
| | § | Tarnawa Moves For His Motion To Be Heard As It Has Been Pending For Months Without A Response From The United States |
| v. | § | |
| | § | |
| Doanld Tarnawa, | § | |
| Defendant-Movant. | | |

Donald Tarnawa ("Tarnawa"), acting without counsel, hereby moves to have his motion under 18 U.S.C. § 3582(c)(1)(A), be heard and in support states:

Many months ago Tarnawa filed under § 3582(c)(1)(A), but to date this Court has failed to act, in that, called upon the United States for a reply. Tarnawa has twice mailed supplements and/or placed this Court on notice of recent decisions and have received no acknowledgements of their filings. In the interest of justice I am requesting this Court to direct the United States to respond, and thereafter GRANT Tarnawa relief as warranted.

Filed March 10th 2025

Donald Tarnawa

Donald Tarnawa # 32152-013
Hazelton Federal
Correctional Institution
P.O. Box 5000
Bruceton Mills WV., 26525

PITTSBURGH PA 150
11 MAR 2025 PM 2 L



Legal Mail

Office of the Clerk
Attn: JUdeg Mazzant
E.D. Texas
7940 Preston Road
Plano, Texas, 75024



RECEIVED
MAR 14 2025
CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

Legal Mail

75024-238099